UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HENRY EDWARDS,

Plaintiff,

-against-

3G TRANSPORT, INC. and MICHAEL EUGENE SMITH,

Defendants.
-----------------------------------------------------------------x

26-CV-4376 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update on or by **Monday, August 24, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 24, 2026

VALERIE FIGUEREDO
United States Magistrate Judge